IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WORLD TRIATHLON CORPORATION, a Florida Corporation, | ) CIVIL NO. 05-00351 JMS-KSC ) ) FINDINGS AND ) RECOMMENDATION TO DENY |
| Plaintiff, | ) PLAINTIFF'S MOTION FOR ) ATTORNEYS' FEES |
| vs. | ) ) |
| JOHN DUNBAR, IAN EMBERSON, HENRY FORREST, GORDON HALLER, ARCHIE HAPAI AND RALPH YAWATA, individually collectively d/b/a HAWAIIAN IRONMAN TRIATHLON ORGANIZING COMMITTEE, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION
FOR ATTORNEYS' FEES

On August 2, 2006, Plaintiff World Triathlon Corporation ("Plaintiff") filed a Motion for Attorneys' Fees ("Motion"). On August 14, 2006, Defendants John Dunbar, Ian Emberson, Henry Forrest, Gordon Haller, Archie Hapai and Ralph Yawata, Individually, Collectively, d/b/a Hawaiian Ironman Triathlon Organization Committee ("Defendants") filed an

opposition ("Opposition").  On August 24, 2006, Plaintiff filed a reply ("Reply").

On August 3, 2006, District Judge J. Michael Seabright referred the instant Motion to this Court. Pursuant to Local Rule 7.2(d) of the Local Rules for the United States District Court for the District of Hawaii ("Local Rules"), the Court finds this matter suitable for disposition without a hearing.

Plaintiff moves for an award of attorneys' fees pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure ("Rules"), Local Rule 54.3, and 15 U.S.C. § 1117(a).

Pursuant to Local Rule 54.3(b), a court "will not consider a motion for attorneys' fees and related non-taxable expenses until moving counsel shall first advise the court in writing that, after consultation, or good faith efforts to consult, the parties are unable to reach an agreement...".  Plaintiff has failed to submit a written statement of consultation to the Court in accordance with Local Rule 54.3(b).  In addition, Plaintiff has failed to submit documentation

to support the amount of fees requested as required by Local Rule 54.3(d).  Consequently, the Court FINDS and RECOMMENDS that Plaintiff's Motion be DENIED without prejudice to Plaintiff refiling its Motion with the required information after a submitting a statement of consultation.

       IT IS SO FOUND AND RECOMMENDED.

       Dated:  Honolulu, Hawaii, October 19, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 05-00351 JMS-KSC; WORLD TRIATHLON CORPORATION, a Florida Corporation vs. JOHN DUNBAR, et. al.; FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR ATTORNEYS' FEES