IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WORLD TRIATHLON CORPORATION, a Florida Corporation, )<br>)<br>)<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>JOHN DUNBAR, IAN EMBERSON, HENRY FORREST, GORDAN HALLER, ARCHIE HAPAI AND RALPH YAWATA, individually collectively d/b/a HAWAIIAN IRONMAN TRIATHLON ORGANIZING COMMITTEE, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendant(s). )<br>)<br>_____ ) | CV 05-00351JMS-KSC |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Finding and Recommendation having been filed and served on all parties on October 19, 2006 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Findings and

//

//

Recommendation To Deny Plaintiff's Motion For Attorneys' Fees" is adopted as the opinion and Order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 9, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*World Triathlon Corporation ,etc. v. John Dunbar, et al.*, 05cv00351 JMS-KSC, Order Adopting Report of Special Master