IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WORLD TRIATHLON CORPORATION, a Florida Corporation, | ) ) ) ) | CV 05-00351 JMS KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JOHN DUNBAR, IAN EMBERSON, HENRY FORREST, GORDON HALLER, ARCHIE HAPAI, and RALPH YAWATA, individually collectively d/b/a/ HAWAIIAN IRONMAN TRIATHLON ORGANIZING COMMITTEE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

Report of Special Master having been filed and served on all parties on September 27, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

\\\

\\\

\\\

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 16, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*World Triathlon Corp. V. John Dunbar, et al.,* Civ. No. 05-00351 JMS/KSC; Order Adopting Report of Special Master